# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and STATE FARM COUNTY MUTUAL INSURANCE COMPANY OF TEXAS, <br><br> Plaintiffs, <br><br> v. <br><br> COMPLETE PAIN SOLUTIONS LLC n/k/a COMPLETE PAIN SOLUTIONS PLLC; <br> ALJ FLORENCE SPARROW, M.D.; <br> SEE LOONG CHIN, M.D.; and <br> MMRI HOLDCO LLC, <br><br> Defendants. | Case No. <br><br> **PLAINTIFFS DEMAND TRIAL BY JURY** |

## Index of Exhibits

| Exhibit No. | Description |
|---|---|
| **1A** | Initial Exam Findings Appendix |
| **1B** | Diagnosis and Treatment Plan Appendix |
| **2** | MRI Appendix |
| **3** | Injection Appendix |
| **4** | RICO and Demand Appendix |
| **5** | M.L. Demand Letter dated 10/9/2017 |
| **6** | A.P. Complete Pain Operative Report 5/23/2017 |
| **7** | W.L. Complete Pain Initial Exam 2/8/2017 |
| **8** | J.R. Complete Pain Initial Exam 11/23/2016 |
| **9** | J.R. Complete Pain Operative Report 12/13/2016 |
| **10** | E.B. Initial Exam 9/9/2016 |
| **11** | E.B. SOAP Note 11/21/2016 |
| **12** | E.B. Complete Pain Initial Exam 11/21/2016 |
| **13** | E.B. Complete Pain Cost Estimate |
| **14** | T.B. Chiro SOAP Note 1/17/2017 |
| **15** | T.B. Complete Pain Initial Exam 1/26/2017 |
| **16** | A.P. Deposition Testimony 6/22/2018 |
| **17** | A.P. Complete Pain Initial Exam 4/26/2017 |
| **18** | A.P. Complete Pain Operative Reports 5/23/2017 |
| **19** | Y.R. Complete Pain Initial Exam 6/15/2017 |

| | |
|---|---|
| **20** | J.B. Complete Pain Initial Exam 2/7/2017 |
| **21** | R.F. Complete Pain Initial Exam 3/10/2016 |
| **22** | C.T. Memorial MRI Exam 6/21/2017 (Cervical) |
| **23** | C.T. Complete Pain Initial Exam 7/5/2017 |
| **24** | S.W. Memorial MRI Exam 8/12/2016 (Cervical) |
| **25** | S.W. Memorial MRI Exam 8/12/2016 (Lumbar) |
| **26** | S.W. Complete Pain Initial Exam 10/4/2016 |
| **27** | C.T. Demand Letter dated 8/24/2017 |
| **28** | J.B. Demand Letter dated 4/12/2018 |
| **29** | F.S. Complete Pain Initial Exam 5/24/2017 |
| **30** | K.S. MRI Exam (Lumbar) 12/14/2016 |
| **31** | K.S. Complete Pain Initial Exam 12/15/2016 |
| **32** | R.R. Complete Pain Operative Report 517/2017 |
| **33** | R.R. Complete Pain Bills 5/17/2017 |
| **34** | G.C. Complete Pain Itemized Statement 1/17/2017 |
| **35** | R.K. Bills |