**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and STATE FARM COUNTY MUTUAL INSURANCE COMPANY OF TEXAS, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Case No. 4:20-cv-2606 |
| | ) ) | |
| COMPLETE PAIN SOLUTIONS LLC n/k/a COMPLETE PAIN SOLUTIONS PLLC; ALJ FLORENCE SPARROW, M.D.; SEE LOONG CHIN, M.D.; and MMRI HOLDCO LLC n/k/a MRI HOLDCO ROLLOVER, LLC, | ) ) ) ) ) ) ) | **PLAINTIFFS DEMAND TRIAL BY JURY** |
| Defendants. | ) | |

**CERTIFICATE OF INTERESTED PARTIES**

**(Plaintiffs State Farm Mutual Automobile Insurance Company and
State Farm County Mutual Insurance Company of Texas)**

Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm County Mutual Insurance Company of Texas, as required by Rule 7.1 of the Federal Rules of Civil Procedure and Paragraph 2 of the Order for Conference and Disclosure of Interested Parties entered in this case [Docket No. 10], certifies that the interested persons are as follows:

1.      Plaintiff State Farm Mutual Automobile Insurance Company ("State Farm Mutual") is a company organized under the laws of Illinois with its principal place of business in Illinois.  State Farm Mutual has no parent corporation and no publicly-held corporation owns 10% or more of State Farm Mutual's stock.

2.      Plaintiff State Farm County Mutual Insurance Company of Texas ("State Farm County") is a company organized under the laws of Texas with its principal place of business in

Texas.  State Farm County has no parent corporation and no publicly-held corporation owns 10% or more of State Farm County's stock.

3.      Complete Pain Solutions, LLC n/k/a Complete Pain Solutions, PLLC

4.      Defendant Alj Florence Sparrow, M.D.

5.      Defendant See Loong Chin, M.D.

6.   Defendant MMRI Holdco LLC n/k/a MRI Holdco Rollover, LLC

Respectfully submitted,

KATTEN MUCHIN ROSENMAN LLP

By:   /s/ Ross O. Silverman

Ross O. Silverman
(*admission pro hac vice pending*)
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661-3693
(312) 902-5200
ross.silverman@kattenlaw.com

ATTORNEY-IN-CHARGE FOR
PLAINTIFFS STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY AND STATE FARM
COUNTY MUTUAL INSURANCE
COMPANY OF TEXAS

Of Counsel:

Jared T. Heck
(*admission pro hac vice pending*)
Amelia M. Chapple
(*admission pro hac vice pending*)
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL  60661-3693
(312) 902-5200
jared.heck@katten.com
amelia.chapple@katten.com

Micah Kessler
Nistico, Crouch & Kessler, P.C.
1900 West Loop South, Suite 800
Houston, TX 77027
(713) 781-2889
mkessler@nck-law.com

**Certificate of Service**

This is to certify that all parties and counsel of record who are deemed to have consented

to electronic service are being served with a copy of this instrument via the US District Court for

the Southern District's CM/ECF system on this the 10th day of August, 2020; and, that a true

and accurate copy of this instrument will also be served on  the above-named Defendants.


This the 10th day of August, 2020.


                                                      */s/* Micah Kessler


Micah Kessler
Nistico, Crouch & Kessler, P.C.
1900 West Loop South, Suite 800
Houston, TX 77027
(713) 781-2889
mkessler@nck-law.com