# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY *and* STATE FARM COUNTY MUTUAL INSURANCE COMPANY OF TEXAS, | § § § § § § | Civil Action No. 4:20-CV-02606 |
| *Plaintiff*, | § § | |
| v. | § § | |
| COMPLETE PAIN SOLUTIONS, LLC *n/k/a* COMPLETE PAIN SOLUTIONS PLLC, ALJ FLORENCE SPARROW, M.D. SEE LOONG CHIN, M.D. *and* MRI HOLDCO LLC *n/k/a* MRI HOLDCO ROLLOVER, LLC, | § § § § § § § § | |
| *Defendants*. | § | |

## CERTIFICATE OF INTERESTED PARTIES

Pursuant to Fed. R. Civ. P. 7.1, Defendant Complete Pain Solutions PLLC states that it is a professional limited liability company and does not have a parent corporation and that no publicly held corporation owns more than 10% of its stock or membership interest. Defendant further discloses that the following parties known to Defendant and its counsel have a financial interest in the outcome of this case:

1. Complete Pain Solutions PLLC, Defendant.

2. MRI Holdco LLC n/k/a MRI Holdco Rollover, LLC, Defendant.

3. Memorial MRI & Diagnostics, PLLC, non-party.

4. Alj Florence Sparrow, M.D., Defendant.

5. See Loong Chin, M.D., Defendant.

6. State Farm Mutual Automobile Insurance Company, Plaintiff.

7. State Farm County Mutual Insurance Company of Texas, Plaintiff.

Respectfully submitted,

_____/s/ Blake A. Bailey_____
Blake A. Bailey
Texas State Bar No. 01514700
Federal Bar #16747
Email: blake.bailey@phelps.com
PHELPS DUNBAR LLP
Southlake Town Square
115 Grand Avenue, Suite 222
Southlake, Texas  76092-7629
(817) 305-0332
(817) 488-3214 (Fax)

**ATTORNEYS FOR DEFENDANT
COMPLETE PAIN SOLUTIONS PLLC**

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that the foregoing document was filed electronically on this 11th day of December, 2020, in compliance with Local Rule 5. As such, this document was served on the following counsel of record through the Court's CM/ECF filing system.

**KATTEN MUCHIN ROSENMAN LLP**
Ross O. Silverman
ross.silverman@kattenlaw.com
Jared T. Heck
Jared.heck@kattenlaw.com
Amelia M. Chapple
Amelia.chapple@katten.com
525 West Monroe Street
Chicago, Illinois 60661
Telephone: (312) 902-5200

-and-

**NISTICO, CROUCH & KESSLER, P.C.**
Maxwell Micha Kessler
mkessler@nck-law.com
1900 West Loop South, Suite 800
Houston, Texas 77027
**ATTORNEYS FOR PLAINTIFFS**

Forrest Wynn
Bryon A. Rice
**HICKS DAVIS WYNN, P.C.**
3555 Timmons Lane, Suite 1000
Houston, Texas 77027
**ATTORNEYS FOR MMRI HOLDCO ROLLOVER, LLC**

**LORANCE & THOMPSON PC**
Michael Wayne Blaise
mwb@lorancethompson.com
Katie Sunstrom
ks@lorancethompson.com
2900 N. Loop W., Suite 500
Houston, Texas 77092
Telephone: 713-868-5560
Facsimile: 713-864-4671

-and-

Gregg C. Waddill III
gcwaddill@gcwlaw.com
1601 Ben Crenshaw Way
Austin, Texas 78746
Telephone: 512-329-8580
Facsimile: 512-329-8581
**ATTORNEYS FOR DEFENDANTS ALJ FLORENCE SPARROW, M.D. AND SEE LOONG CHIN, M.D.**

            */s/ Blake A. Bailey*
             Blake A. Bailey